AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 APR 14 PM 1:50
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.    8:17MJ89
240 North Pierce Street, Fremont, NE 68025 )
)
)

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:

See attachments A, B & C

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See affidavit

**YOU ARE COMMANDED** to execute this warrant on or before   4-21-17   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Susan M. Bazis, U.S. Magistrate Judge _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   4-10-17 at 1:53 p.m    *Susan M Bazis*
                                                  *Judge's signature*

City and state:    Omaha, Nebraska                Susan M. Bazis, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 8:17MJ89 | Date and time warrant executed: 4/12/17 0700 | Copy of warrant and inventory left with: Brian Tillman |
|---|---|---|

Inventory made in the presence of: SA Don Krahn

Inventory of the property taken and name of any person(s) seized:

See attached Forms OI-23 and OI-23A for items taken from 240 North Pierce Street, Fremont NE and Brian Tillman.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/14/17

_____
Executing officer's signature

SA Matt Chaddarden, OIG
Printed name and title

Office of the Inspector General
Office of Investigations
Social Security Administration

## INVENTORY FORM

Case Number: OMA-17-00011-F

Items Obtained By:
Search Warrant __X__ Consent Search _____ Personal Effects _____ Vehicle _____
Search Incident to Arrest _____ Other (Specify): _____

Company Name: _____
Individual Name: Brian TILLMAN
Vehicle ID: YR. _____ Make: _____ Model: _____ Color: _____
Plate #: _____ VIN: _____
Date of Inventory: 04/12/2017 Special Agent: _____
Search Location: 240 North Pierce Street, Fremont NE

| ITEM No. | DESCRIPTION OF ITEMS |
|---|---|
| 1 | BUSINESS RECORDS "2012" |
| 2 | BUSINESS RECORDS "JOBS 2010-2011" |
| 3 | BUSINESS RECIEPTS + INVOICES |
| 4 | BUSINESS RECORDS, CARDS, PHOTOS, PAMPHLETS + MISC DOC'S |
| 5 | MISC BUSINESS RECORDS |
| 6 | MISC BUSINESS RECORDS, CHECKS, BANK STATEMENTS, CD's + NOTEBOOKS |
| 7 | Notebook containing First State Bank statements. |
| 8 | Invoices, Menards Receipts, files containing job bids. |
| 9 | Handwritten notes, brochures, invoices, RFC Roofing, Business Cards + Receipts. |
| 10 | Menards Receipts |
| 11 | Notebooks containing job specs/info + "Brians Schedule." |
| 12 | Misc. Mailings to Brian's Home Improvements. |
| 13 | First State Bank Statements, US Bank Asset Acceptance + Blank Checks. |
| 14 | Invoices, Opt. of Labor, Bid Sheet, Garnishment naming Brian's Home Improvement. |

Distribution of Copies: (Case File)
Agent File
Subject
Magistrate

This report contains sensitive law enforcement material and is the property of the Social Security Administration, Office of the Inspector General (SSA OIG). It may not be copied or reproduced without written permission from the SSA OIG. This report is FOR OFFICIAL USE ONLY, and its disclosure to unauthorized persons is strictly prohibited and may subject the disclosing party to liability. Public availability to be determined under 5 U.S.C. §§ 552, 552a.

FORM OI-23 (Revised 11/20/00)

Office of the Inspector General
Office of Investigations
Social Security Administration

# INVENTORY FORM (ATTACHMENT)

Case Number: OMA-17-0011-F

Items Obtained By:
Search Warrant  X   Consent Search _____  Personal Effects _____  Vehicle _____
Search Incident to Arrest _____    Other (Specify): _____

| ITEM No. | DESCRIPTION OF ITEMS |
|---|---|
| 15 | Medicare + SSA mailings / envelopes |
| 16 | Menards + Home Depot receipts |
| 17 | One (1) Android Verizon cell phone |
| 18 | Timecards, misc business records, bank statements, invoices, photos, bills, calendar |

Distribution of Copies:  White – Case File
                                        – Agent File
                                        – Subject
                                        – Magistrate

This report contains sensitive law enforcement material and is the property of the Social Security Administration, Office of the Inspector General (SSA OIG). It may not be copied or reproduced without written permission from the SSA OIG. This report is FOR OFFICIAL USE ONLY, and its disclosure to unauthorized persons is strictly prohibited and may subject the disclosing party to liability. Public availability to be determined under 5 U.S.C. §§ 552, 552a.

FORM OI-23A (Revised 11/20/00)