IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF THE SEARCH OF ) 8:17MJ89
240 NORTH PIERCE STREET, FREMONT,)
NE 68025 )

## MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 20TH day of June, 2017.

UNITED STATES OF AMERICA

ROBERT C. STUART
Acting United States Attorney

By: [signature]
RUSSELL X. MAYER #1726124
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

## ORDER

IT IS SO ORDERED.

BY THE COURT:

[signature]
SUSAN M. BAZIS
U.S. Magistrate Judge, United States District Court

DATED: 6-21-17